UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORIBIO ABREU,

                        Plaintiff,

    v.

DOE #1, *et al.*,

                       Defendants.

No. 22-CV-2445 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At a status conference on February 15, 2023, Mr. Abreu noticed that all Defendants in this case, including Kivlehan, Menton, and Light, are dismissed from the case without prejudice.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff and close this case.

SO ORDERED.

DATED:    February 15, 2023
                White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE